**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. Debtor's name

Player's Poker Club, Inc.

2. All other names debtor used in the last 8 years

   Include any assumed names, trade names, and *doing business as* names

Players Casino

3. Debtor's federal Employer Identification Number (EIN)

2 0 - 8 0 4 0 4 1 9

4. Debtor's address

**Principal place of business**

1056  E. Meta St., Suite 201
Number        Street

Ventura            CA      93001
City                State    ZIP Code

Ventura
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                State    ZIP Code

5. Debtor's website (URL)

www.pcventura.com

| Debtor | PLAYER'S POKER CLUB, INC. | Case number (if known) | |
|---|---|---|---|
| | _Name_ | | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. _Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7  1  3  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

_Check one:_

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. _Check all that apply:_

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    PLAYER'S POKER CLUB, INC.
_____    Case number (if known)_____
          Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

☐ Yes.    District _____ When _____ Case number _____
                                    MM / DD / YYYY

          District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No

☐ Yes.    Debtor _____ Relationship _____

          District _____ When _____
                                                      MM / DD / YYYY

          Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                                Number      Street

_____

_____
City                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

| Debtor | PLAYER'S POKER CLUB, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/ 06/2021
         MM  / DD /YYYY

X _____          Patrick Berry
Signature of authorized representative of debtor          Printed name

Title   General Manager

| Debtor | PLAYER'S POKER CLUB, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

**✗** _(signature)_

Signature of attorney for debtor

Date    04/ 06/2021
MM  / DD / YYYY

Michael S. Kogan
Printed name

Kogan Law Firm, APC
Firm name

11835      W. Olympic Blvd., Suite 695E
Number      Street

Los Angeles                          CA        90064
City                                 State     ZIP Code

310.954.1690                         mkogan@koganlawfirm.com
Contact phone                        Email address

128500                               CA
Bar number                           State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11835 W. Olympic Blvd., Suite 695E<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

</div>

| In re:<br><br>PLAYER'S POKER CLUB, INC.<br><br><br><br><br><br><br>                                            Debtor(s). | CASE NO.:<br><br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
|---|---|

1.  If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>N/A</u>                .

2.  The following financial data is the latest available information and refers to the debtor's condition on _____.
    a.  Total assets                                           $_____
    b.  Total debts (including debts listed in 2.c., below)    $_____
    c.  Debt securities held by more than 500 holders

| | | Approximate number of holders: |
|---|---|---|
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | |
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | |
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | |
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | |
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | |

    d.  Number of shares of preferred stock _____
    e.  Number of shares of common stock _____
    Comments, if any:  N/A

3.  Brief description of the Debtor's business:  N/A

4.  List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:
    N/A

**Fill in this information to identify the case:**

Debtor name    PLAYER'S POKER CLUB, INC.

United States Bankruptcy Court for the: Central _____ District of California
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Comerica 611 Anton Blvd., Suite 100 Costa Mesa, CA 92626-4558 | Comerica 611 Anton Blvd., Suite 100 Costa Mesa, CA 92626-4558 | PPP Loan #1 | | | | 1,701,400 |
| 2 | Comerica 611 Anton Blvd., Suite 100 Costa Mesa, CA 92626-4558 | Comerica 611 Anton Blvd., Suite 100 Costa Mesa, CA 92626-4 | PPP Loan #2 | | | | 1,516,500 |
| 3 | Sheppard Mullin 12275 El Camino Real Suite 200 San Diego, CA 92130-4092 | Hayley S. Grunvald | prof services | | | | 30,168 |
| 4 | Kallman + Logan & Company, LLP 125 S. Barrington Place Los Angeles, CA 90049 | Kallman + Logan & Company, LLP Frances Kallman | prof services | | | | 23,514 |
| 5 | SG Gaming Inc. Lockbox #74335 Los Angeles, CA 90074-9335 | | trade | | | | 14,224 |
| 6 | Cobalt Security Services, Inc. 3075 E. Thousand Oaks Blvd., Suite #23 | | security services | C, U, D | | | 66,467 |
| 7 | Deodate Corporation 898 N. Fair Oaks Ave., Suite F Pasadena, CA 91103 | | services | | | | 14,973 |
| 8 | Fisher Phillips 1075 Peachtree St, NE, Ste 3500 Atlanta, GA 30309 | | trade | | | | 7,448 |

Debtor ___PLAYER'S POKER CLUB, INC._____     Case number (if known)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Rubin Brown 5851 W. Charleston Blvd. Las Vegas, NV 89146 | | trade | | | | 10,000 |
| 10 | Target Solutions Learning LLC P.O. Box 122071, Dept 2071 Dallas, TX 75312-2271 | | trade | D | | | 4,269 |
| 11 | Falk & Sharp 301 No. Lake Ave., Ste 1100 Pasadena, CA 91101 | | trade | | | | 2,304 |
| 12 | Anderson Refrigeration Inc. 567 W. Channel Island Blvd., #227 Port Hueneme, CA 93041 | | trade | | | | 1,490 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2

## CORPORATE RESOLUTION

In accordance with the authority vested in the Board of Directors, the Directors have approved, and do hereby approve, the following resolutions:

RESOLVED, that Player's Poker Club, Inc. (the **"Corporation"**) file a Petition for a reorganization pursuant to Chapter 11 of the Bankruptcy Code, and it is further

RESOLVED, that any officer or manager of the Corporation including but not limited to Patrick Berry, General Manager, is authorized by their sole signature to sign all documents necessary and requisite in connection with the said Petition pursuant to Chapter 11 of the Bankruptcy Code, and is directed to perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such Chapter 11 case, and it is further

RESOLVED, that this Corporation retain Kogan Law Firm, APC as counsel to represent the Corporation in connection with the proceedings, and to pay its retainer.

DATED:  April 6, 2021

<div align="right">

PLAYER'S POKER CLUB, INC.

By: _____
Patrick Berry, General Manager

</div>

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11835 W. Olympic Blvd., Suite 695E<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |
| ☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>PLAYER'S POKER CLUB, INC.<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Patrick Berry_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                       **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1.  I have personal knowledge of the matters set forth in this Statement because:

      ☒ I am the president or other officer or an authorized agent of the Debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Monica Donohoo *Trust dated Febuary 12, 1997*

[For additional names, attach an addendum to this form.]

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  04/06/2021

By: _____
Signature of Debtor, or attorney for Debtor

Name:  Patrick Berry
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2            **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    No

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    N/A

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    No

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Ventura_____, California

                                              _____
                                              Signature of Debtor 1

Date: _04/06/2021_____

                                              _____
                                              Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name   PLAYER'S POKER CLUB, INC.

United States Bankruptcy Court for the: Central    District of California
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**   Summary of Assets

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................    $ ___3,061,422.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................    $ ___3,061,422.00

---

**Part 2:**   Summary of Liabilities

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................    $ _____0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .......................................    $ ____106,248.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................    + $ ___3,394,604.00

4. **Total liabilities**...........................................................................................................    $ ___3,500,852.00
   Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: |
| --- |

Debtor name    PLAYER'S POKER CLUB, INC.

United States Bankruptcy Court for the:  Central    District of   California
                                                                          (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand**                                                                                                   $_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  SEE ATTACHED (Does not include trust | _____ | ____ ____ ____ ____ | $    2,506,763.00 |
| 3.2.  amounts) | | | $_____ |

**4. Other cash equivalents** *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $    2,506,763.00

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. security deposit on lease for 6580 Auto Center Drive (Debtor has vacated premises)    $    20,500.00
7.2. workers comp deposit    $    211,939.00

**BANK ACCOUNTS**

**Comerica**

**611 Anton Blvd.**

**Costa Mesa, CA 92626-4558**

**Mechanics**

**PO Box 6010**

**Santa Maria, CA 93456-6010**

Players Poker Club Inc

<u>Comerica</u>

Main Checking Account: 1895036026 Balance  03/25/21: $ 2,282,552.33

Payroll Checking: 189503 Balance 03/25/21 : $ 0

Petty Cash Account: 1895036042 Balance 03/25/21: $7,600.00

Players' Bank - 1895214102 : (Trust
Account)
$ 81,944.93

Chip Liability - 1895214094 : (Trust
Account)
$ 112,423.00

Jackpot Liability -1895214110 :
(Trust Account) $ 1,225,117.22
<u>Mechanics Bank</u>

Check Cashing Fund
3810797651: $ 1,056.00

Extended Credit Fund
3810803451: $ 2,112.04

Vault/Cash - $213,443.30

Debtor   **PLAYER'S POKER CLUB, INC.**   Case number (*if known*)_____
       Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. prepaid insurance - various policies     $        42,369.00

8.2._____     $_____

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.     $        274,808.00

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:   13,875   –   4000   = ......➔   $   9,875.00
        face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   _____   –   _____   = ......➔   $_____
        face amount        doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $   9,875.00

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:
14.1. _____   _____   $_____
14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                    % of ownership:
15.1. _____   _____%   _____   $_____
15.2. _____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:
16.1. _____   _____   $_____
16.2. _____   _____   $_____

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.     $        0.00

---

Official Form 206A/B     Schedule A/B: Assets — Real and Personal Property     page 2

Debtor    PLAYER'S POKER CLUB, INC.
          _____
          Name

Case number (*if known*)_____

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20.  **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21.  **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22.  **Other inventory or supplies** inventory - chips | 12/30/2021 MM / DD / YYYY | $ 99,996.00 | book value | $ 99,996.00 |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

✓

$ 99,996.00

24.  **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** | $ | | $ |
| 29.  **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31.  **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    PLAYER'S POKER CLUB, INC.
_____
         Name

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | $                          0.00 |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $          0.00 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $          0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Equipment used in business, FFE | $_____ | FMV | $     127,433.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $          0.00 |
| 42.2 _____ | $_____ | _____ | $          0.00 |
| 42.3 _____ | $_____ | _____ | $          0.00 |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $     127,433.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    PLAYER'S POKER CLUB, INC.                          Case number (if known)_____
         Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description  Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 auto | $ 16,433.00 | FMV | $ 16,433.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ 0.00 |
| 48.2 | $ | | $ 0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ 0.00 |
| 49.2 | $ | | $ 0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ 0.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                    $ 16,433.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor ___PLAYER'S POKER CLUB, INC._____    Case number (if known)_____
       Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ _____ **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ 0.00 |
| 61. **Internet domain names and websites**<br>www.pcventura.com | $_____ 0.00 | book value | $_____ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>liquor license, other licenses | $_____ 26,114.00 | book value | $_____ 26,114.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ 0.00 |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ 0.00 |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ _____ **26,114.00**

Debtor     PLAYER'S POKER CLUB, INC.                          Case number (if known)_____
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   markers included in A/R          _____ – _____ = → $_____ 0.00
                                    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   _____    Tax year _____   $_____ 0.00
   _____    Tax year _____   $_____ 0.00
   _____    Tax year _____   $_____ 0.00

73. **Interests in insurance policies or annuities**
                                                                    $_____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
                                                                    $_____ 0.00
   Nature of claim          _____
   Amount requested         $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
                                                                    $_____ 0.00
   Nature of claim          _____
   Amount requested         $_____

76. **Trusts, equitable or future interests in property**
                                                                    $_____ 0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
                                                                    $_____ 0.00
                                                                    $_____ 0.00

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.           $_____ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor    PLAYER'S POKER CLUB, INC.
_____Name_____                                   Case number (if known)_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,506,763.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 274,808.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 9,875.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 99,996.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 127,433.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 16,433.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 26,114.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .............91a. | $ 3,061,422.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ $ 3,061,422.00

**Fill in this information to identify the case:**

Debtor name    PLAYER'S POKER CLUB, INC.

United States Bankruptcy Court for the:    Central _____ District of California
                                                                                            (State)

Case number (If known): _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien
_____
_____          $_____    $_____
_____

Creditor's mailing address
_____
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name _____

Describe debtor's property that is subject to a lien
_____
_____          $_____    $_____
_____

Creditor's mailing address
_____
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $_____ 0.00

**Fill in this information to identify the case:**

Debtor    PLAYER'S POKER CLUB, INC.

United States Bankruptcy Court for the:   Central    District of California
                                             (State)

Case number
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Bureau of Gambling Control<br>PO BOX 168024<br>Sacramento, CA 95816-8024 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 87,999.00 | $ 87,999.00 |
| Date or dates debt was incurred | Basis for the claim:<br>fees | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>Ventura County Tax Collector<br><br>Treasurer-Tax Collector<br>PO Box 51179, Los Angeles, CA 90051 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 18,249.00 | $ 18,249.00 |
| Date or dates debt was incurred | Basis for the claim:<br>taxes | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor  PLAYER'S POKER CLUB, INC.                                   Case number (if known)_____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

**3.1** Nonpriority creditor's name and mailing address

Mc Electric

1556 Towhee Ct.
Ventura, CA 93003

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  trade

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$_____377.00

---

**3.2** Nonpriority creditor's name and mailing address

Anderson Refrigeration Inc

567 W Channel Islands Blvd.  #227
Port Hueneme, CA  93041

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  trade

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$_____1,490.00

---

**3.3** Nonpriority creditor's name and mailing address

Pest Brother, Inc.

1746-F S. Victoria Ave., #361
Ventura, CA 93003

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  advertising

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$_____145.00

---

**3.4** Nonpriority creditor's name and mailing address

Cobalt Security Services, Inc

3075 E. Thousand Oaks Blvd Suite # 23
Westlake Village, CA 91362

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  security services

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$_____66,457.00

---

**3.5** Nonpriority creditor's name and mailing address

Deodate Corporation

898 N Fair Oaks Ave. Suite F
Pasadena, CA 91103

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$_____14,973.00

---

**3.6** Nonpriority creditor's name and mailing address

Halifax Security Inc

PO BOX 70302
Philadelphia, PA 19176-6300

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$_____921.00

---

| Debtor | PLAYER'S POKER CLUB, INC. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Rubin Brown

5851 W. Charleston Blvd.
Las Vegas, NV 89146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 10,000.00

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Southern California Shredding

20492 Crescent bay Drive, Ste 112
Lake Forest, CA 92630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.00

Basis for the claim: trade

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Fisher Phillips

1075 Peachtree St, NE, Ste 3500
Atlanta, GA 30309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,448.00

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Law Office of John Lovell, Attn: Debra Acoba

1121 L Street, Suite 105
Sacramento, CA 95814

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: legal services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

P. Flores

52 Pistachio Avenue
Ventura, CA 93004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 249.00

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | _____ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Paul B Hofer & Sons

6800 Auto Center Drive
Ventura, CA  93003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  services

$  100.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.___** Nonpriority creditor's name and mailing address

SG Gaming Inc

Lockbox # 749335
Los Angeles, CA 90074-9335

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  services

$  14,224.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Sheppard Mullin Richter & Hampton LLP

333 South Hope Street 43rd. Floor
Los Angeles, CA 90071-142

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  legal services

$  30,168.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Target Solutions Learning LLC

PO BOX 122071, Dept 2071
Dallas, TX 75312-2071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$  4,269.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Falk & Sharp

301 No. Lake Ave., Ste 1100
Pasadena, CA 91101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$  2,304.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  PLAYER'S POKER CLUB, INC.                                    Case number (if known)_____
        Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__** | Nonpriority creditor's name and mailing address

Hofer Vineyards, LLC

6800 Auto Center Drive
Ventura, CA 93003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  terminated lease

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

$                    0.00

---

**3.__** | Nonpriority creditor's name and mailing address

Hofer Vineyards, LLC

11248 S. Turner Ave.
Ontario, CA 91761-7600

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  terminated lease

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$                    0.00

---

**3.__** | Nonpriority creditor's name and mailing address

Todd Kartchner, Fennemore Craig, P.C

2394 E. Camelback Road, Ste. 600
Phoenix, AZ 85016

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Rincon Litigation

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$                    0.00

---

**3.__** | Nonpriority creditor's name and mailing address

Denise Turner Walsh, Rincon Band of Luiseno India

1 Government Center Lane
Valley Center, CA 92082

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Rincon litigation

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$                    0.00

---

**3.__** | Nonpriority creditor's name and mailing address

Walter Viar

2706 Escala Circle
San Diego, CA 92108

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Rincon Litigation

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$                    0.00

| | |
|---|---|
| Debtor | PLAYER'S POKER CLUB, INC. |
| | Name |

Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|---|---|---|---|
| | Joseph Jones, Law Office of Ball & Yorke | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | 1001 Partridge Drive, Suite 330 | | |
| | Ventura, CA 93003 | Basis for the claim: Bernal Litigation | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|---|---|---|---|
| | William Weibacher, Weilbacher & Weilbacher | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | 5850 Thille St., Suite 200 | | |
| | Ventura, CA 93003 | Basis for the claim: Athan Litigation | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,701,400.00 |
|---|---|---|---|
| | Comerica | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 611 Anton Blvd., Suite 100 | | |
| | Costa Mesa, CA  92626-4558 | Basis for the claim: PPP loan #1 | |
| | Date or dates debt was incurred 04/22/2020 | Is the claim subject to offset? | |
| | Last 4 digits of account number 7 1 0 6 | ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,516,500.00 |
|---|---|---|---|
| | Comerica | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 611 Anton Blvd., Suite 100 | | |
| | Costa Mesa, CA  92626-4558 | Basis for the claim: PPP loan #2 | |
| | Date or dates debt was incurred 02/08/2021 | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 23,514.00 |
|---|---|---|---|
| | Kallman + Logan & Company, LLP | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 125 S. Barrington Place | | |
| | Los Angeles, CA 90049 | Basis for the claim: accounting services | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|---|---|---|---|
| | Keith Sharp | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 301 North Lake Ave., Suite 1100 | | |
| | Pasadena, CA 91101 | Basis for the claim: legal services | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☐ No  ☐ Yes | |

| Debtor | PLAYER'S POKER CLUB, INC. | Case number (if known) |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__** Nonpriority creditor's name and mailing address

Thomas Kohler, Apex Trial Law

4934 South Hemet Street
Gilbert, Arizona 85298

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Pot. M. Sandoval Lit

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ 0.00

---

**3.__** Nonpriority creditor's name and mailing address

Enstar Group

5 Harborside Financial Center - 26th Floor
Jersey City, New Jersey 07311

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   Sandoval Players Ins

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ 0.00

---

**3.__** Nonpriority creditor's name and mailing address

Hayley S. Grunvald

SheppardMullin,12275 El Camino Real, Suite 200
San Diego, CA 92130-4092

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   sandoval Players att

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ 0.00

---

**3.__** Nonpriority creditor's name and mailing address

Hofer Properties, LLC

6800 Auto Center Drive
Ventura, CA 93003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   parking license

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____ 0.00

---

**3.__** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor    PLAYER'S POKER CLUB, INC.                                    Case number (if known)_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 106,248.00 |
| 5b. Total claims from Part 2 | 5b. **+** | $ | 3,394,604.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,500,852.00 |

Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name     PLAYER'S POKER CLUB, INC.

United States Bankruptcy Court for the: Central _____ District of California
(State)

Case number (If known): _____     Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SEE ATTACHED SCHEDULE

**2.1**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

# EXECUTORY CONTRACTS AND UNEXPIRED LEASES – PLAYER'S POKER CLUB, INC.

| TYPE | TERM REMAINING | NAME AND ADDRESSS OF OTHER PARTY |
|---|---|---|
| Player's Poker 401(k) Plan and Trust | ongoing | Cambridge Investment research, Inc. Group Retirement Plan Client Agreement 1776 Pleasant Plain Road Fairfield, Iowa 52556 |
| Administration Service Agreement – 401(k) | ongoing | QBI, LLC 21031 Ventura Blvd., 12th Floor Woodland Hills, CA 91364 |
| Bally equipment – card products – poker shuffler | 30 day notice to terminate | Bally Gaming, Inc. 6650 El Camino Road Las Vegas, NV 89118 |
| Cobalt Security Services – Professional Security Services | Terminated 3/31/2021 | Cobalt security Services 3075 E Thousand Oaks Blvd., Suite 23 Westlake Village, CA 91362 |
| Third-party Proposition player services | 10/31/2021 | Knighted Ventures, LLC 645 West 9th Street, Unit 110-425 Los Angeles, CA 90015 |
| Lease Option Negations Management | Lease option execution | Deodate Corporation 898 N Fair Oaks Ave, Suite F Pasadena, CA 91103 |
| Attorney agreement for Rincon Litigation | | Noonan Lance Boyer & Banach David Noonan 701 Island Ave #400 San Diego, CA 92101 |
| Consulting | ongoing | TKC Enterprises, Inc. Tom Cady 1237 South Victoria Ave., #161 Oxnard, CA 93035 |
| Attorney services Rincon Litigation – multi parties | ongoing | Martin N. Buchanan, APC, 655 W. Broadway, Suite 1700 San Diego, California 92101 |
| Scientific Games poker supplies | ongoing | SG Gaming, Inc. Lockbox #749335 Los Angeles, CA 90074-9335 |
| Clear Channel Signs | ongoing | Clear Channel Outdoor, LLC 19320 Harborgate Way |

| | | Torrance, CA 90501 |
|---|---|---|
| Lobbying Firm | ongoing | J. Blonien Corporation<br>Attn: John Lavell<br>1121 L Street, Suite 105<br>Sacramento, CA 95814 |
| Clear Channel Signs (2) | ongoing | Clear Channel Outdoor, LLC<br>PO Box 742025<br>Los Angeles, CA 90074-2025 |
| Highway Adoption | 9/25/2022 | Adopt A Highway Maintenance Corporation<br>3158 Red Hill Ave, #200<br>Costa Mesa, CA 92626 |
| ATM Agreement | 30 day notice | MobileMoney, Inc.<br>941 Calle Negocio<br>San Clemente, CA 92673 |
| Casino Management System | 30 day notice,<br>expires 1/1/2022 | IT CASINO SOLUTIONS LLC<br>850 Jetty Ln<br>Chula Vista, CA 91914 |
| ADP Services Agreement | | ADP, LLC<br>One ADP Boulevard<br>Roseland, New Jersey 07068 |
| Card game 21st Century<br>Blackjack | 30 days termination | 21st Century Gaming Concepts, Inc.<br>17595 Harvard Ave., Suite C522<br>Irvine, CA 92614-8546 |
| Copier | 30 day notice | Cannon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, ILL 60693 |
| Pod Storage | Month to month | Pods California<br>301 S. Rose Ave., Suite 104<br>Oxnard, CA 93030 |
| Self Storage | Month to month | Ventura Power Storage<br>1661 S. Victoria Ave<br>Ventura , CA 93003 |
| Training software | 30 days termination | Casino Essentials, LLC<br>3990 Old Town Avenue<br>San Diego, CA |
| | | |
| | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>PLAYER'S POKER CLUB, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Central District of California (State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  PLAYER'S POKER CLUB, INC.

United States Bankruptcy Court for the: Central   District of  Californi
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/06/2021      X _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Patrick Berry
Printed name

General Manager
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name _PLAYER'S POKER CLUB, INC._

United States Bankruptcy Court for the: _Central_  District of _California_
                                                              (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 1/1/2021<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $ 0.00 |
| **For prior year:** | From 1/1/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 3,976,231.00 |
| **For the year before that:** | From 1/1/2019<br>MM / DD / YYYY | to 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 16,413,980.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $ 0.00 |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ 0.00 |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ 0.00 |

Debtor    PLAYER'S POKER CLUB, INC.             Case number (if known)_____
            Name

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | *Check all that apply* |

3.1.
   SEE ATTACHED SCHEDULE
   Creditor's name        _____    $_____

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

   Street        _____

   City    State    ZIP Code    _____

3.2.
   _____    _____    $_____

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

   Creditor's name
   Street        _____

   City    State    ZIP Code    _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1.
   _____    _____    $_____
   Insider's name
   Street        _____

   City    State    ZIP Code

   **Relationship to debtor**
   _____

4.2.
   _____    _____    $_____
   Insider's name
   Street        _____

   City    State    ZIP Code

   **Relationship to debtor**

---

Debtor      PLAYER'S POKER CLUB, INC.
_____
Name                                          Case number (if known) _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  see attached | | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| Case number | | | ☐ Concluded |
| | | City        State        ZIP Code | |
| Case title | | Court or agency's name and address | ☐ Pending |
| 7.2. | | Name | ☐ On appeal |
| | | Street | ☐ Concluded |
| Case number | | | |
| | | City        State        ZIP Code | |

---

LEGAL ACTIONS AND ASSIGNMENTS

| CASE TITLE | NATURE OF CASE | COURT | STATUS Pending/on appeal/concluded | CASE NUMBER |
|---|---|---|---|---|
| Rincon Band of Luiseno Mission Indians of the Rincon Reservation California, et al v Larry Flynt, et al | Tribe claim to stop card club from operating | Court of Appeal, 4th Appellate District, California | Appeal | D077571 |
| Kyle Athan, et al v Player's Poker Club, Inc., et al | Employee Litigation – Wrongful Termination | Ventura County – Superior Court | Pending | 56-2020-00545439-CU-WT-VTA |
| David Bernal, Edward Brock and David Valle v Players Casino | Employee Claim (Potential Class Action) | Ventura County-Superior Court | Pending | 56-2018-00510990-CU-OE-VTA |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Debtor    PLAYER'S POKER CLUB, INC.                                    Case number (if known)_____
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State      ZIP Code | | |
| | Date of order or assignment | City        State        ZIP Code |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

Debtor    PLAYER'S POKER CLUB, INC.                                    Case number (if known)_____
_____
Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kogan Law Firm, APC | | 3/8/2021 | $ 75,000.00 |
| | **Address** | | | |
| | 11835 W. Olympic Blvd., Suite 695 | | | |
| | Street | | | |
| | Los Angeles      CA      90064 | | | |
| | City      State      ZIP Code | | | |
| | **Email or website address** | | | |
| | mkogan@koganlawfirm.co | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor    <u>PLAYER'S POKER CLUB, INC.</u>                   Case number *(if known)*_____
              Name

**13. Transfers not already listed on this statement**

    List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| Address | _____ | | |
| Street _____ | | | |
| City _____ State ____ ZIP Code ____ | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | | |
| _____ | _____ | _____ | $_____ |
| 13.2. _____ | _____ | | |
| Address | | | |
| Street _____ | | | |
| City _____ State ____ ZIP Code ____ | | | |
| Relationship to debtor | | | |
| _____ | | | |

**Part 7:**   **Previous Locations**

**14. Previous addresses**

    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 6580 Auto Center Drive | From _12/1/2010_ | To _3/31/2021_ |
| | Street | | |
| | Ventura    CA    93003 | | |
| | City    State    ZIP Code | | |
| 14.2. | | From _____ | To _____ |
| | Street | | |
| | City    State    ZIP Code | | |

Debtor    PLAYER'S POKER CLUB, INC.
_____
Name

Case number (*if known*)_____

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State          ZIP Code | | *Check all that apply:*  ☐ Electronically  ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State          ZIP Code | | *Check all that apply:*  ☐ Electronically  ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  name, address, SSN

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

Name of plan

The Player's Club, Inc. 401(k) Plan and Trust

Employer identification number of the plan

EIN: 2 0 – 8 0 4 0 4 1 9

Has the plan been terminated?

☑ No

☐ Yes

---

Debtor    **PLAYER'S POKER CLUB, INC.**
_____
          Name                                              Case number (*if known*)_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | m<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Pods California<br>Name<br>301 S. Rose Ave, Suite 204<br>Street<br>Oxnard        CA        93030<br>City        State        ZIP Code | Patrick Berry<br>Marina Martinez<br>_____<br>_____<br>**Address**<br>1056 E. Meta St., Suite 201<br>Ventura, CA 93001 | FFE for operation of Card Club<br>_____<br>_____ | ☐ No<br>☑ Yes |

Debtor    PLAYER'S POKER CLUB, INC.                                      Case number (if known)_____
_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| _____ | | _____ | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | Street | | |
| | _____ | | |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | _____ |
| _____ | _____ | _____ | |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

Debtor    PLAYER'S POKER CLUB, INC.                                    Case number (if known)_____
_____Name_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Player's Poker Bar & Grill, In Name | restaurant operation of Debtor | EIN: 4  5 – 4  5  3  7  8  7  3 |
| | Street | | Dates business existed |
| | City   State   ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City   State   ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City   State   ZIP Code | | From _____   To _____ |

---

Debtor   PLAYER'S POKER CLUB, INC.                                    Case number (if known)_____
         Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Kallman + Logan & Company, LLP<br>Name<br>125 S. Barrington Place<br>Street<br><br>Los Angeles          CA          90049<br>City                State        ZIP Code | From _____  To _____ |
| **26a.2.** _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Kallman + Logan & Company, LLP<br>Name<br>125 S. Barrington Place<br>Street<br><br>Los Angeles          CA          90049<br>City                State        ZIP Code | From _____  To _____ |
| **26b.2.** _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | _____<br>_____<br>_____ |

---

Official Form 207               Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy               page 11

Debtor   PLAYER'S POKER CLUB, INC.                                    Case number (if known)_____
         Name

| | Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | Name | | _____ |
| | Street | | _____ |
| | City | State     ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | Name |
| | Street |
| | City     State     ZIP Code |
| | Name and address |
| 26d.2. | Name |
| | Street |
| | City     State     ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Debtor | 3/30/2021 | $        99,996.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Patrick Berry |
| | Name |
| | 1056 E. Meta St., Suite 201 |
| | Street |
| | Ventura          CA        93001 |
| | City          State      ZIP Code |

Debtor   PLAYER'S POKER CLUB, INC.                                    Case number (if known)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

|  | Name and address of the person who has possession of inventory records |
|---|---|
| 27.2. | |
| | Name _____ |
| | Street _____ |
| | City _____ State _____ ZIP Code _____ |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monica Donohoo | | SH, Director, CEO | 100 |
| Patrick Berry | | Director, GM | 0 |
| Marina Martinez | | Director, Asst. GM | 0 |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | |
| Street _____ | | | |
| _____ | | _____ | |
| City _____ State _____ ZIP Code _____ | | | |
| Relationship to debtor | | _____ | |

Debtor  PLAYER'S POKER CLUB, INC.                          Case number (if known)
         Name

**Name and address of recipient**

30.2
Name

Street

City                    State          ZIP Code

Relationship to debtor


**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent
                                                         corporation

                                                         EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___


**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes. Identify below.

Name of the pension fund                                Employer Identification number of the pension fund

                                                         EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___


**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information
is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/06/2021
               MM / DD / YYYY

X _____              Printed name  Patrick Berry
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  General Manager


Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**    PLAYER'S POKER CLUB, INC.

Case No. _____

**Debtor**    Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____75,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____75000

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/06/2021
*Date*

*Signature of Attorney*

Kogan Law Firm, APC
*Name of law firm*

</div>

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11835 W. Olympic Blvd., Suite 695E<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>PLAYER'S POKER CLUB, INC. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 04/06/2021

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                     F 1007-1.MAILING.LIST.VERIFICATION

Player's Poker Club, Inc.
Patrick Berry
1056 E. Meta St., Suite 201
Ventura, CA 93001


Michael S. Kogan, Esq
Kogan Law Firm, APC
11835 W. Olympic Blvd.
Suite 695E
Los Angeles, CA  90064


United States Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA  90017

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Franchise Tax Board
Bankruptcy Unit, MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


U.S. Small Business  Administration
Attn: So Cal Legal Unit
330 North Brand Blvd., Suite 1200
Glendale, CA 91203-2304


SBA PPP Loan
U.S. Small Business  Administration
Attn: So Cal Legal Unit
330 North Brand Blvd., Suite 1200
Glendale, CA 91203-2304


Bureau of Gambling Control
P.O. Box 168024
Sacramento, CA  95816-8024


Ventura County Tax Collector
Treasurer-Tax Collector
P.O. Box 51179
Los Angeles, CA  90051

Anderson Refrigeration Inc.
567 W. Channel Island Blvd., #227
Port Hueneme, CA  93041


Cobalt Security Services, Inc.
3075 E. Thousand Oaks Blvd., Suite #23
Westlake Village, CA  91362


Deodate Corporation
898 N. Fair Oaks Ave., Suite F
Pasadena, CA  91103


Halifax Security Inc.
P.O. Box 70302
Philadelphia, PA  19176-6300


Law Offices of John Lovell
Attn:  Debra Acoba
1121 L Street, Suite 105
Sacramento, CA  95814


P. Flores
52 Pistachio Avenue
Ventura, CA  93004


Paul B. Hofer & Sons
6800 Auto Center Drive
Ventura, CA  93003


SG Gaming Inc.
Lockbox #74335
Los Angeles, CA  90074-9335


Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071

Target Solutions Learning LLC
P.O. Box 122071, Dept 2071
Dallas, TX 75312-2271


Hofer Vineyards, LLC
6800 Auto Center Drive
Ventura, CA 93003


Hofer Vineyards, LLC
11248 S. Turner Avenue
Ontario, CA 91761-7600


Todd Kartchner
Fennemore Craig, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016


Denise Turner Walsh
Rincol Bank of Luiseno Indians
1 Government Center Lane
Valley Center, CA 92082


Walter Viar
2706 Escala Circle
San Diego, CA 92108


Joseph Jones
Law Offices of Ball & Yorke
1001 Partridge Drive, Suite 330
Ventura, CA 93003


William Weilbacher, Weilbacher & Weilbacher
5850 Thille Street, Suite 200
Ventura, CA 93003

Comerica
611 Anton Blvd., Suite 100
Costa Mesa, CA  92626-4558


Kallman + Logan & Company, LLP
125 S. Barrington Place
Los Angeles, CA  90049


Keith Sharp
301 North Lake Ave., Suite 1100
Pasadena, CA  91101


Thomas Kohler, Apex Trial Law
4934 South Hemet Street
Gilbert, AZ  85296


Enstar Group
5 Harborside Financial Center, 26th Floor
Jersey City, NJ  07311


Hayley S. Grunvald
Sheppard Mullin
12275 El Camino Real Suite 200
San Diego, CA  92130-4092


Hofer Properties, LLC
6800 Auto Center Drive
Ventura, CA 93003


Pest Brothers, Inc.
1746-F S. Victoria Ave., #361
Ventura, CA 93003


Rubin Brown
5851 W. Charleston Blvd.
Las Vegas, NV 89146

Mc Electric
1556 Towhee Ct.
Ventura, CA 93003


Southern California Shredding
20492 Crescent bay Drive, Ste 112
Lake Forest, CA 92630


Falk & Sharp
301 No. Lake Ave., Ste 1100
Pasadena, CA 91101


Fisher Phillips
1075 Peachtree St, NE, Ste 3500
Atlanta, GA 30309